IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  15-cv-00901-RPM

FRANK TONG,

     Plaintiff,

v.

HOLLAND BRITTANY DOWNS APARTMENT HOMES (210), LLC and
HOLLAND RESIDENTIAL, LLC,

     Defendants.
_____

ORDER TO FILE DISCLOSURE STATEMENT
_____

In the defendants' notice of removal, the defendants are described as limited liability companies but the notice of removal does not contain the names of the members of the limited liability company.  The defendants did not file a disclosure statement under Fed.R.Civ.P. 7.1(b).  It is not clear whether there is complete diversity jurisdiction from the notice of removal.  Accordingly, it is

ORDERED that the defendants shall file the required disclosure statement by May 5, 2015.

Dated:   April 29th, 2015

                              BY THE COURT:

                              s/Richard P. Matsch

                              _____
                              Richard P. Matsch, Senior District Judge