IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  15-cv-00901-RPM

FRANK TONG,

     Plaintiff,

v.

HOLLAND BRITTANY DOWNS APARTMENT HOMES (210), LLC and
HOLLAND RESIDENTIAL, LLC,

     Defendants.

_____

ORDER FOR ADDITIONAL DISCLOSURES
_____

In *Siloam Springs Hotel, L.L.C., v. Century Surety Company,* 781 F.3d 1233 (10th Cir. 2015), the Tenth Circuit Court of Appeals held that the determination of citizenship for diversity jurisdiction of a limited liability company takes the citizenship of all of its members.

The Disclosure Statement filed by the defendants on May 4, 2015 [Doc. 16] identifies a chain of limited liability companies as members but does not identify the members of those companies.  To demonstrate diversity jurisdiction it is required that the defendants provide assurance that no member of any of the companies identified in the Disclosure Statement is a citizen of the State of Colorado.  Accordingly, it is

ORDERED that on or before May 14, 2015, counsel for defendants shall file a certification that no member of the liability companies identified in the Disclosure Statement is a citizen of the State of Colorado.

Dated: May 6th, 2015

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior District Judge